GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
CAREY FRANK MENGHI-GRIFFIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAREY FRANK MENGHI-GRIFFIN,<br><br>Defendant. | CR 12-00552 PJH<br><br>STIPULATION TO VACATE STATUS CONFERENCE DATE; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of September 27, 2012, presently scheduled at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated.

The status hearing was set in order to insure that Mr. Menghi-Griffin was not incarcerated in Contra Costa County. He has been released from custody so the hearing is no longer necessary. He has a status hearing set before the Oakland Duty Magistrate on November 14, 2012. Mr. Menghi-Griffin is pending sentencing so no exclusion of time is necessary.

CR 12-00552 PJH
Stipulation to Vacate Status Conf.; Order

1

1

2  Date: September 26, 2012                             /s/
                                              ELLEN V. LEONIDA
3                                             Assistant Federal Public Defender
                                              Counsel for defendant CAREY MENGHI-GRIFFIN
4

5

6  Date: September 26, 2012                             /s/
                                              JAMES MANN
7                                             Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2                                                    ORDER
3          IT IS HEREBY ORDERED THAT the status conference currently set for September 27,
4  2012 is vacated.
5          IT IS SO ORDERED.
6
7  9/26/2012
   Date                                          HON. DONNA M. RYU
                                                 UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
   CR 12-00552 PJH
   Stipulation to Vacate Status Conf.; Order