1  STEVEN G. KALAR
Federal Public Defender
2  ELLEN V. LEONIDA
Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
CAREY FRANK MENGHI-GRIFFIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00552 PJH |
| Plaintiff, | STIPULATION TO CONTINUANCE OF STATUS HEARING; ORDER |
| v. | |
| CAREY FRANK MENGHI-GRIFFIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled Bail Review hearing date of November 14, 2012 at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for January 16, 2012 at 9:30 a.m.

Mr. Menghi-Griffin was released from custody, on electronic monitoring, on September 21, 2012, in order to enable him to have back surgery in October. The November 14, 2012 status hearing was set to coincide with his sentencing date in front of Judge Hamilton. The requested continuance is necessary because, through no fault of his own, Mr. Menghi-Griffin's surgery had to be re-scheduled for November 8, 2012. He will not be sufficiently recovered by November 14, 2012 to be able to attend court. The parties are also requesting a continuance of Mr. Menghi-Griffin's sentencing to January 16, 2012.

Date: October 30, 2012                    /s/
                                          ELLEN V. LEONIDA
                                          Assistant Federal Public Defender
                                          Counsel for defendant CAREY MENGHI-GRIFFIN

Date: October 30, 2012                    /s/
                                          JAMES C. MANN
                                          Assistant United States Attorney

## ORDER

The court finds that the requested continuance is necessary. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 16, 2012 at 9:30 a.m., before the Honorable Donna M. Ryu, for Bail Review hearing.

IT IS SO ORDERED.

10/29/2012
Date                                      HON. DONNA M. RYU
                                          UNITED STATES MAGISTRATE JUDGE