1    STEVEN G. KALAR
     Federal Public Defender
2    ELLEN V. LEONIDA
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, CA 94607-3627
4    Telephone:  (510) 637-3500
     Facsimile: (510) 637-3507
5    ellen_leonida@fd.org

6    Counsel for Defendant
     CAREY FRANK MENGHI-GRIFFIN
7

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

11   UNITED STATES OF AMERICA,              CR 12-00552 PJH

12                    Plaintiff,            STIPULATION TO CONTINUANCE
                                            OF STATUS HEARING & ORDER
13        v.

14   CAREY FRANK MENGHI-GRIFFIN,

15                    Defendant.

16

17        IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently

18   scheduled status hearing date of January 16, 2013 at 9:30 a.m., before the Hon. Donna M. Ryu, be

19   vacated and re-set for February 6, 2013 at 9:30 a.m.

20        Mr. Menghi-Griffin was released from custody, on electronic monitoring, on September 21,

21   2012, in order to enable him to have back surgery.  The January 16, 2013 status hearing was set to

22   coincide with his sentencing date in front of Judge Hamilton.   The requested continuance is

23   necessary because, Mr. Menghi-Griffin suffered an infection following his surgery and is currently

24   scheduled to see his doctor on January 17, 2013 to determine whether additional surgery is

25   necessary.  Mr. Menghi-Griffin's sentencing is currently scheduled for February 6, 2013.

26

Date: January 15, 2013

_____/s/_____
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for defendant CAREY MENGHI-GRIFFIN

Date: January 15, 2013

_____/s/_____
JAMES C. MANN
Assistant United States Attorney

ORDER

The court finds that the requested continuance is necessary.  Based on these findings, IT IS

HEREBY ORDERED THAT the above-captioned matter is continued to February 6, 2013 at 9:30

a.m., before the honorable Donna M. Ryu, for status hearing.

IT IS SO ORDERED.

_1/15/2013_____
Date

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

CR 12-00552 PJH
Stipulation to Continuance & Order          2