1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   CAREY FRANK MENGHI-GRIFFIN
7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
10

11 UNITED STATES OF AMERICA,                CR 12-00552 PJH

12              Plaintiff,                  STIPULATION TO CONTINUANCE
                                            OF STATUS HEARING; [PROPOSED]
13         v.                               ORDER

14 CAREY FRANK MENGHI-GRIFFIN,

15              Defendant.

16

17         IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently

18 scheduled status hearing date of February 6, 2013 at 9:30 a.m., before the Donna Ryu, be vacated

19 and re-set for February 27, 2013 at 9:30 a.m.

20         Mr. Menghi-Griffin was released from custody, on electronic monitoring, on September 21,

21 2012, in order to enable him to have back surgery. A January 16, 2013 status hearing was set to

22 coincide with his sentencing date in front of Judge Hamilton. The sentencing and status conference

23 dates were subsequently continued to February 6 because Mr. Menghi-Griffin's surgery was delayed

24 and he suffered a post-operative infection. The requested continuance is necessary because, Mr.

25 Menghi-Griffin is still being treated for the infection and is currently scheduled to see his doctor on

26 February 18, 2013 to assess his recovery.

1  Date: January 30, 2013                              /s/
                                                 ELLEN V. LEONIDA
2                                                Assistant Federal Public Defender
                                                 Counsel for defendant CAREY MENGHI-GRIFFIN
3

4  Date: January 30, 2013                              /s/
                                                 JAMES C. MANN
5                                                Assistant United States Attorney

6

7

8

9                                        ORDER

10     The court finds that the requested continuance is necessary.  Based on these findings, IT IS

11  HEREBY ORDERED THAT the above-captioned matter is continued to February 27, 2013 at 9:30

12  a.m., before the honorable Donna M. Ryu, for status hearing.

13     IT IS SO ORDERED.

14

15  __1/30/13_____         _____
    Date                              HON. DONNA M. RYU
16                                    UNITED STATES MAGISTRATE JUDGE

CR 12-00552 PJH
Stipulation to Continuance; [Proposed] Order        2