1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ned_smock@fd.org

6  Counsel for Defendant
   CAREY MENGHI-GRIFFIN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00552 PJH |
| PLAINTIFF, | STIPULATION AND [P&sdash;ROPOSED] ORDER SEEKING CONTINUANCE |
| v. | |
| CAREY MENGHI-GRIFFIN, | |
| DEFENDANT. | |

The parties hereby request that the hearing date of February 21, 2018, presently scheduled at 2:30 p.m. before the Honorable Phyllis J. Hamilton for sentencing related to a petition alleging violations of the terms of Mr. Menghi-Griffin's supervised release, be vacated and the matter be reset for March 14, 2018 at 2:30 p.m. Counsel for Mr. Menghi-Griffin is scheduled to be in trial that week. In addition, Mr. Menghi-Griffin recently had a motorcycle accident. The parties and United States Probation would like to monitor his progress before determining the appropriate sentence. Mr. Menghi-Griffin's probation officer, Shaheen Shan, joins in the request of the parties to set a new date on March 14, 2018.

CR 12-00552 PJH
Stip. to Continuance

1

1    DATED: February 14, 2018            /S/
                                            NED SMOCK
2                                            Assistant Federal Public Defender
                                           Counsel for Carey Menghi-Griffin
3

4    DATED: February 14, 2018            /S/
                                           ELLEN SWAIN
5                                            Special Assistant United States Attorney

1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ned_smock@fd.org

6  Counsel for Defendant
   CAREY MENGHI-GRIFFIN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 12-00552 PJH |
|---|---|
| Plaintiff, | [~~Proposed~~] Order |
| v. | |
| CAREY MENGHI-GRIFFIN | |
| Defendant. | |

Based on the assertions and agreement of the parties as set forth in the parties' filed Stipulation dated February ~~13~~ 14, 2018, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March ~~14~~ 21, 2018, at 2:30 p.m., before the Honorable Phyllis J. Hamilton, for disposition on the supervised release violation petition.  March 14, 2018 is an unavailable date.

IT IS SO ORDERED.

DATED:  February 15, 2018           _____
                                    HON. PHYLLIS J. HAMILTON
                                    CHIEF UNITED STATES DISTRICT JUDGE

CR 12-00552 PJH
Stip. to Continuance